Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| ECKHART, DANIEL W | [redacted] | [redacted] | 11/17/02 |

## FIRST ACTION

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 570 | CONV TO EXC APPT |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| ZLM | 28 USC 542 |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
| | |

## SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
| | |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
| | |

**7. FROM: Position Title and Number**
SUPVY ATTY ADVSR GEN
R2016001   L04031

**15. TO: Position Title and Number**
ASST US ATTY
180022   P0CIV8

| 8. Pay Plan | 9. Occ Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GS | | 14 | 05 | 86,439.00 | PA | AD | 0905 | 29 | 00 | 86,477.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| 79,565.00 | 6,874.00 | 86,439.00 | .00 | 79,600.00 | 6,877.00 | 86,477.00 | .00 |

**14. Name and Location of Position's Organization**
BUREAU OF PRISONS
SOUTHEAST REGION
SOUTHEAST REGIONAL OFFICE
LEGAL SERVICES

**22. Name and Location of Position's Organization**
FLORIDA, MIDDLE

DJ JA1800000000000000   PP 23 2002

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1  1-None  2-5 Point  3-10 Point/Disability  4-10 Point/Compensable  5-10 Point/Other  6-10 Point/Compensable/30% | 1  0-None  1-Permanent  2-Conditional  3-Indefinite | | YES  X NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| B0  WAIVED | 9  NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K  FERS AND FICA | 07/02/89 | F  FULL TIME | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 2  1-Competitive Service  2-Excepted Service  3-SES General  4-SES Career Reserved | E  E-Exempt  N-Nonexempt | | 8888 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 12-2950-057 | TAMPA   HILLSBOROUGH   FL |

**40. AGENCY DATA**
41. SEX: M   42. CITZ: 1   43. VET STAT: X   44. ED LV:21 YR:93 INST PRG:450401

**45. Remarks**
APPOINTMENT AFFIDAVIT EXECUTED 11/18/02.
CREDITABLE MILITARY SERVICE:  00 YRS.  00 MOS.
PREVIOUS RETIREMENT COVERAGE: PREVIOUSLY COVERED.
FROZEN SERVICE: 00 YRS. 00 MOS.
AUTHORITY IS 28 USC 542.
EMPLOYEE IS AUTOMATICALLY COVERED UNDER FERS.
OPF MAINTAINED BY THE U.S. ATTORNEY'S OFFICE, 400 N. TAMPA STREET,
SUITE 3200, TAMPA, FLORIDA 33602.

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| U.S. DEPARTMENT OF JUSTICE/USA | *Dawn M. McCourt* |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | |
|---|---|---|---|
| DJ JA | 4423 | 11/17/02 | PERSONNEL OFFICER |

3-Part  50-315

3 - Chronological Journal File Copy

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6237

DJ JA1800000000000000   PP 23 0*2002*BATCH 44235805 000-00 469-88 AG/EO JA-4423

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| LAFORGIA, CHRISTOPHER W | [redacted] | [redacted] | 11/20/11 |

## FIRST ACTION

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 171 | EXC APPT NTE 05/19/13 |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| ZLM | 28 USC 542 |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
| | |

## SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
| | |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
| | |

**7. FROM: Position Title and Number**

**15. TO: Position Title and Number**
ASST US ATTY
180007    P0CRM8

| 8. Pay Plan | 9. Occ Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16 Pay Plan | 17. Occ Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | AD | 0905 | 21 | 00 | 75,000.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| | .00 | | .00 | 65,697.00 | 9,303.00 | 75,000.00 | .00 |

**14. Name and Location of Position's Organization**

**22. Name and Location of Position's Organization**
FLORIDA, MIDDLE
ORLANDO BRANCH OFFICE

DJ JA180300000000000    PP 24 2011

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1 - 1-None  3-10 Point/Disability  5-10 Point/Other  2-5 Point  4-10 Point/Compensable  6-10 Point/Compensable/30% | 3 - 0-None  2-Conditional  1-Permanent  3-Indefinite | | YES   X NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| C0  BASIC | 9  NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31 Service Comp Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K  FERS AND FICA | 11/20/11 | F  FULL TIME | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 2 - 1-Competitive Service  3-SES General  2-Excepted Service  4-SES Career Reserved | E  E-Exempt  N-Nonexempt | | 8888 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 12-2360-095 | ORLANDO   ORANGE   FL |

**40. AGENCY DATA**
41. SEX: M    42. CITZ: 1    43. VET STAT: X    44. ED LV:15 YR:08 INST PRG:220101

**45. Remarks**
WELCOME TO THE DEPARTMENT OF JUSTICE.
APPOINTMENT AFFIDAVIT EXECUTED 11/21/11.
REASON FOR TEMPORARY APPOINTMENT: AWAITING FAVORABLE ADJUDICATION
 OF BACKGROUND INVESTIGATION.
OPF MAINTAINED BY THE U.S. ATTORNEY'S OFFICE, 400 N. TAMPA STREET,
 SUITE 3200, TAMPA, FLORIDA 33602.
CREDITABLE MILITARY SERVICE: 00 YRS. 00 MOS.
FROZEN SERVICE: 00 YRS. 00 MOS.
PREVIOUS RETIREMENT COVERAGE: NEVER COVERED.
AUTHORITY IS 28 USC 542.
APPOINTMENT IS SUBJECT TO THE SUCCESSFUL COMPLETION OF A FULL-FIELD
BACKGROUND INVESTIGATION.
EMPLOYEE IS AUTOMATICALLY COVERED UNDER FERS.

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| U.S. DEPARTMENT OF JUSTICE/USA | *(signed)* |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | |
|---|---|---|---|
| DJ JA | 4423 | 11/29/11 | HUMAN RESOURCES OFFICER |

3-Part    50-315

3 - Chronological Journal File Copy

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6237

DJ JA180300000000000    PP 24 0*2011*BATCH 44235895 000-00 199-88 AG/EO JA-4423