# APPOINTMENT AFFIDAVITS

Assistant U.S. Attorney                                             11/17/02
(Position to which Appointed)                                       (Date Appointed)

Dept. of Justice            U.S. Attorney's Office    Tampa, Florida
(Department or Agency)      (Bureau or Division)      (Place of Employment)

I, Daniel W. Eckhart _____, do solemnly swear (or affirm) that—

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO THE PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

*[signature]*
(Signature of Appointee)

Subscribed and sworn (or affirmed) before me this 18th day of November, 2002

at Tampa                                    Florida
   (City)                                   (State)

Karen J. Marx
MY COMMISSION # DD012920 EXPIRES
May 17, 2005
BONDED THRU TROY FAIN INSURANCE, INC.
(SEAL)

*[signature]*
(Signature of Officer)

Human Resources Specialist/
Notary Public
(Title)

Commission expires_____
(If by a Notary Public, the date of his/her Commission should be shown)

Note - If the appointee objects to the form of the oath on religious grounds, certain modifications may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.

U.S. Office of Personnel Management
The Guide to Processing Personnel Actions

NSN 7540-00-634-4015

Standard Form 61
Revised August 2002
Previous editions not usable

# APPOINTMENT AFFIDAVITS

Assistant United States Attorney
(Position to which Appointed)

11/20/2011
(Date Appointed)

Department of Justice
(Department or Agency)

U.S. Attorney's Office
(Bureau or Division)

Orlando, Florida
(Place of Employment)

I, Christopher W. LaForgia, do solemnly swear (or affirm) that—

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO THE PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

*[signature]*
(Signature of Appointee)

Subscribed and sworn (or affirmed) before me this 21 day of November, 2011

at Tampa (City)   Florida (State)

*[Notary seal: JESSICA M. LOWRY HENGST, Commission # EE 094149, Expires July 4, 2015, Bonded Thru Troy Fain Insurance 800-385-7019]*

*[signature]* Jessica Lowry
Admin Specialist
(Signature of Officer)

Commission expires _____
(If by a Notary Public, the date of his/her Commission should be shown)

Admin Specialist
(Title)

Note - If the appointee objects to the form of the oath on religious grounds, certain modifications may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.

U.S. Office of Personnel Management
The Guide to Processing Personnel Actions

NSN 7540-00-634-4015

Standard Form 61
Revised August 2002
Previous editions not usable