# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL RIVERS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:24-cv-510 (ABJ) |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

## [PROPOSED] ORDER

Having considered Plaintiff's Opposition to Defendant's Motion to Dismiss, and the record as a whole, the Court hereby **DENIES** Defendant's Motion to Dismiss.


Dated:_____                              _____
                                                Hon. Amy Berman Jackson
                                                United States District Judge