AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

Michael Rivers and Kim Rivers

*Plaintiff(s)*

v.

Daniel Eckhart and Christopher La Forgia

*Defendant(s)*

Civil Action No. 8:22-cv-1589-CEH-AEP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Daniel Eckhart
200 East Robinson Street, #1150, Orlando, Florida

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Richard J. Diaz, Esq., 3127 Ponce de Leon Blvd. Coral Gables, FL 33134
Tel: 305-444-7181; rick@rjdpa.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

SarahGardner

Date: July 14, 2022

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Tampa Division

MICHAEL RIVERS and KIM RIVERS,

        Plaintiffs,

vs.

CHRISTOPHER LA FORGIA and
DANIEL ECKHART,

        Defendants.

_____/

## BIVENS COMPLAINT AND DEMAND FOR JURY TRIAL

The Plaintiffs, Michael Rivers ("Michael") and Kim Rivers ("Kim") (collectively "Plaintiffs") sue the Defendants, Christopher LaForgia ("LaForgia") and Daniel Eckhart ("Eckhart") who at all times material and relevant were purporting to be Assistant United States Attorneys ("AUSA") for the Middle District of Florida, and allege:

### Preliminary Statement

In 2013, Plaintiffs were indicted and prosecuted on several counts of money laundering and wire fraud in the Florida Middle District by Defendants LaForgia and Eckhart. At that time, neither LaForgia nor Eckhart were duly authorized to carry out prosecutions on behalf of the United States Attorney for the Middle District of Florida and, by extension, the United States of America. By procuring an indictment and prosecution against the Plaintiffs without being duly authorized to represent the United States government, both Defendants have violated the Plaintiffs' constitutional rights.

1

## Nature of the Case

1. This lawsuit presents claims for damages for the illegal investigation, indictment, prosecution, conviction and sentence which the Plaintiffs suffered at the hands of both Defendants.

2. This action alleges violations of civil rights laws which resulted in Plaintiffs' illegal prosecutions, convictions and incarcerations.

3. This suit asserts that the Defendants acted illegally, improperly, and negligently in that they were not duly authorized to act and perform prosecutorial activities, including grand jury investigations, procuring indictments and further prosecutions against citizens, including the Plaintiffs.

4. Plaintiffs seeks damages against Defendants for violation of rights under the Fourth and Eighth Amendments to the Constitution of the United States of America pursuant to *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971).

## Jurisdiction and Venue

5. This action for damages is brought pursuant to *Bivens v. Six Unknown Named Agents*, 403 US 388 (1971), for violations of certain parts the Fourth, Fifth, and Eighth Amendments to the Constitution of the United States of America.

6. This Court enjoys jurisdiction pursuant to 28 U.S.C. §§ 1334 and 1343(1), (3), and (4), 2201 and 2202.

7. Venue properly lies in the Middle District of Florida because all events giving rise to this action occurred within the Middle District of Florida.

## The Parties

8. The Plaintiffs are and at all times material hereto adult residents and citizens of the State of Florida.

9. Defendant Laforgia is an individual residing in the State of Florida who was, at all times material hereto, purported to be a duly appointed prosecutor in the Middle District of Florida by the Department of Justice. The actions of Laforgia as alleged herein were taken under the purported color of law but were illegal because they were not under the color of law.

10. Defendant Eckhart is an individual residing in the State of Florida who was, at all times material hereto, purported to be a duly appointed prosecutor in the Middle District of Florida by the Department of Justice. The actions of Eckhart as alleged herein were taken under the purported color of law but were illegal because they were not under the color of law.

## Factual Allegations

11. On or about April 17, 2013, the Plaintiffs were indicted in this district on several counts of fraud and money laundering.

12. Defendants LaForgia and Eckhart were the federal prosecutors acting on behalf of the United States Attorneys Office for the Middle District of Florida who were responsible for the investigation, grand jury presentation and prosecution of both Plaintiffs through their guilty pleas, their convictions and their respective sentences.

13. On March 20, 2014, Plaintiffs entered their plea of guilty.

14. On August 12, 2014, Kim was sentenced to 72 months of imprisonment followed by one year of supervised release (and other non-pertinent sentence conditions).

15. On November 20, 2014, Michael was sentenced to 204 months of imprisonment followed by three years of supervised release (and other non-pertinent sentence conditions).

16. Following the judgements of conviction and imposition of sentences, Plaintiffs received information that Defendants LaForgia and Eckhart were not duly certified as prosecutors for the Middle District of Florida.

17. Plaintiffs conducted an investigation and learned that the Defendants did not have the legal authorization to act as representatives for the United States of America in federal criminal proceedings against the Plaintiffs as they had not been certified as federal prosecutors pursuant to the requirements of 28 U.S.C.S. § 544.

18. It was not until after their guilty pleas and sentences that Plaintiffs learned of this lack of prosecutorial authority.

19. On June 26, 2018, Kim was released from prison and on June 3, 2020, Michael was released from prison.

20. Plaintiffs have fully exhausted all other judicial remedies.

## COUNT I – CONSTITUTIONAL VIOLATIONS

Plaintiffs re-alleges the allegations of paragraphs 1-20, *supra*, and incorporates them as if stated herein in full.

21. The actions of Defendants LaForgia and Eckhart violated the Plaintiffs' clearly established right to be free from unreasonable search and seizure under the Fourth Amendment of the United States Constitution. The actions of Defendants LaForgia and Eckhart also violated Plaintiffs cleanly established rights to due process under the Fifth Amendment to the United States Constitution. Last, such actions by the Defendants violated the Plaintiffs'

clearly established rights to be free from excessive fine and punishment under the Eighth Amendment to the United States Constitution.

22. As unauthorized prosecutors for the Middle District of Florida, the investigation, search, seizure, arrests, prosecution and convictions of the Plaintiffs were done with improper motives and purposes.

23. The Defendants were deliberately, callously, or recklessly indifferent to the constitutional rights of the Plaintiffs, in that they investigated and prosecuted without being duly authorized and certified to act as federal prosecutors.

24. As a direct and proximate result of the deprivation of their constitutionally protected rights, Plaintiffs have been damaged, including emotional pain and suffering.

25. Plaintiffs claim damages for the violation of their constitutional rights, including but not limited to the loss of income, net accumulations, medical expenses, counsel and advice, as well as mental pain and suffering.

**WHEREFORE,** the Plaintiffs Michael Rivers and Kim Rivers pray that this Honorable Court enter judgment against the Defendants for violating their constitutionally protected rights, award compensatory damages, and award attorney's fees and costs pursuant to 42 U.S.C. § 1988(b), along with any and all other relief the Court deems proper and just.

Plaintiffs demand trial by jury.

Dated this 13 day of July, 2022.

                                Respectfully submitted,

                                /s/ Richard J. Diaz
                              Richard J. Diaz, Esq. (F.B.N. 0767697)
                              Richard J. Diaz, P.A.
                              3427 Ponce de Leon Blvd
                              Coral Gables, FL 33434
                              P: (305) 444-7181
                              F: (305) 444-8178